UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CARLOS GONZALEZ, on his own behalf
and others similarly situated,

    Plaintiff

v.                                                    Case No. 3:16-CV-132-J-32MCR

GULF ATLANTIC ASSET MANAGEMENT, INC.,
a Florida Profit Corporation

    Defendant
_____/

## PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES

Plaintiff, CARLOS GONZALEZ, on his own behalf and others similarly situated, filed his response to Defendant, GULF ATLANTIC ASSET MANAGEMENT, INC.'S Affirmative Defenses filed on April 28, 2016 herein and states: Plaintiff denies each and every Affirmative Defense as stated in the Defendant's Answer and Affirmative Defenses and requires strict proof thereof.

## .CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14th, 2016, Plaintiff's Reply to Affirmative Defenses was electronically served on Defendant's counsel of record, East Coast Law Group; Mariya Zarakhovich, 76 South Laura Street, Suite 520, Jacksonville, FL 32202. maria@eastcoastlawgroup.com

Yolando A. Hewling
Florida Bar No.: 593818
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202
(904) 396-5555
(904) 358-5282 (facsimile)
Attorney for Plaintiff
yhewling@farahandfarah.com